```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO
MARTINEZ, DOMINGO MORALES CABRERA,
and FERMIN FABIAN TREVIÑ,

                      Plaintiffs,        22-CV-153 (PAE) (KHP)

     -against-          **ORDER SCHEDULING SETTLEMENT**
                                                                **CONFERENCE**

LUCERO PRODUCE II CORP. and
SAUL LUCERO,

                      Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A settlement conference in this matter is hereby scheduled for **Tuesday, June 14, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **June 7, 2022 by 5:00 p.m.**  SO ORDERED.

DATED:       New York, New York
                April 12, 2022

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge