```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO
MARTINEZ, DOMINGO MORALES CABRERA,
and FERMIN FABIAN TREVIÑ,

                        Plaintiffs,                        **22-CV-153 (PAE) (KHP)**

       -against-                           **ORDER SCHEDULING CASE**
                                                               **MANAGEMENT CONFERENCE**
LUCERO PRODUCE II CORP. and
SAUL LUCERO,

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A case management conference in this matter is hereby scheduled for **Tuesday, September 13, 2022 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

       **SO ORDERED.**

DATED:     New York, New York
              July 14, 2022

                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge