**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO
MARTINEZ, DOMINGO MORALES CABRERA,
and FERMIN FABIAN TREVIÑ,

                              Plaintiffs,                      22-CV-153 (PAE) (KHP)

       -against-                                  **ORDER**

LUCERO PRODUCE II CORP. and
SAUL LUCERO,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the case management conference on September 28, 2022, fact and expert discovery are extended to January 13, 2023. The parties shall file a joint status letter via ECF by October 28, 2022.

        **SO ORDERED.**

DATED:     New York, New York
                 September 28, 2022

                                                        _____
                                                          KATHARINE H. PARKER
                                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022