

```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #:_____
                                                        DATE FILED: 10/28/2022
```

**VIA ECF**

October 28, 2022

Hon. Katharine H. Parker
U.S. District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Bonilla et al. v. Lucero Produce II Corp. & Saul Lucero*
             Docket No. 22-CV-153 (PAE) (KHP)

Dear Judge Parker:

      The New York Legal Assistance Group ("NYLAG") represents Plaintiffs in the above referenced matter. We, together with counsel for Defendants, write jointly to provide Your Honor with a status report, pursuant to the Court's September 28, 2022 order (ECF No. 29).

      Since the September 28, 2022 Settlement Conference, the Parties have engaged in meaningful settlement discussions. The Parties are mindful of the January 13, 2023 discovery deadline and contemplate possible depositions if an agreed-upon figure cannot be reached in the next week. The undersigned counsel for Plaintiffs noticed his appearance on October 14, 2022, stepping in for Plaintiffs' prior counsel who is out on parental leave, but does not anticipate any delay in moving forward.

      Thank you for your attention to this matter.

> The Court thanks the parties for the update. A case management conference is scheduled for December 5, 2022 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

Respectfully submitted,

/s/Brian 'Geno' Nettle
Staff Attorney, Employment Law Project
New York Legal Assistance Group
Counsel for Plaintiffs

cc:    Nicole Brenecki, Esq. (via e-mail and ECF)

SO ORDERED:

*Katharine H Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  10/28/2022

100 Pearl Street, 19th Floor, New York, NY 10004    t:212.613.5000    f:212.750.0820
nylag.org