

**VIA ECF**

November 17, 2022

Hon. Katharine H. Parker
U.S. District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/17/2022

**MEMO ENDORSED**

**APPLICATION GRANTED:** The Case Management Conference scheduled for December 5, 2022 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, December 13, 2022 at 11:00 a.m.</u>

APPLICATION GRANTED
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
11/17/2022

Re:   *Bonilla et al. v. Lucero Produce II Corp. & Saul Lucero*
      Docket No. 22-CV-153 (PAE) (KHP)

Dear Judge Parker:

The New York Legal Assistance Group ("NYLAG") represents Plaintiffs in the above referenced matter. We, together with counsel for Defendants, write jointly to request an adjournment of the December 5, 2022 Case Management Conference pursuant to Your Honor's October 28, 2022 text order. See ECF No. 32.

Following the October 27, 2022 joint status report (see ECF No. 31), the Parties continued to engage in settlement discussions and have since then scheduled depositions for December 5-6 and 9. The Parties anticipate that the depositions will resolve factual disputes. The Parties respectfully request an adjournment of the December 5, 2022 Case Management Conference to a date after depositions are completed on December 9, 2022.

Thank you for your attention to this matter.

                Respectfully submitted,

                /s/Brian 'Geno' Nettle
                Staff Attorney, Employment Law Project
                New York Legal Assistance Group
                Counsel for Plaintiffs

cc:   Nicole Brenecki, Esq. (via e-mail and ECF)