UNITED STATES DISTRICT COURT
SOUTHERN DISTRCT OF NEW YORK
---------------------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO MARTINEZ, DOMINGO MORALES CABRERA, and FERMIN FABIAN TREVINO,

DOCKET NO.: 22-CV-00153 (PAE) (KHP)

Plaintiffs,

**NOTICE OF CHANGE OF ADDRESS**

-against -

LUCERO PRODUCE II CORP. and SAUL LUCERO,

Defendants.
---------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that effective January 1, 2023, JODRÉ BRENECKI, LLP, have relocated their offices for the practice of law to the following location:

**JODRÉ BRENECKI, LLP**
**101 North 10th Street – Suite 303**
**Brooklyn, New York 11249**

    Please update your records accordingly and serve all future pleadings, discovery demands, discovery reponses, motions, Court notices, correspondece, and any and all papers upon JODRÉ BRENECKI, LLP at our new address set forth above.

    The phone and facsimile numbers remain the same at this time.

Dated: Queens, New York
       December 8, 2022

Yours, etc.
**JODRÉ BRENECKI, LLP**

-------------------------------------------
By: JORDAN JODRÉ, ESQ.
*Attorneys for Defendants*
Lucero Produce II Corp. and Saul Lucero
71-27 Fresh Pond Road – Second Floor
Queens, New York 11385
(516) 445-3622
jordan@jodrebrenecki.com

TO: All parties appearing