USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO
MARTINEZ, DOMINGO MORALES CABRERA,
and FERMIN FABIAN TREVIÑ,

                        Plaintiffs,

        -against-

LUCERO PRODUCE II CORP. and
SAUL LUCERO,

                       Defendants.
-----------------------------------------------------------------X

22-CV-153 (PAE) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The case management conference in this matter scheduled for Thursday, February 2, 2023 at 12:35 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, February 2, 2023 at 11:00 a.m.**

        **SO ORDERED.**

DATED:        New York, New York
                   January 17, 2023

                                                            */s/ Katharine H. Parker*
                                                            _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge