

**JODRÉ BRENECKI LLP**
ATTORNEYS AT LAW
101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (516) 445-3622
FAX: (929) 337-6030
EMAIL: JORDAN@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

February 28, 2023

**VIA ECF**
Honorable Katharine H. Parker
United States District Court – Courtroom 17D
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2023
```

    Re:    **Alicia Bonilla, et al. v. Lucero Produce II Corp. and Saul Lucero**
            **Civil No.: 22-cv-00153 (PAE-KHP)**

Dear Judge Parker:

    As permitted by Local Civil Rule 7.1(d) of the United States District Court for the Southern District of New York, and pursuant to Your Honor's Individual Rule 1(c), Defendants, Lucero Produce II Corp. and Saul Lucero, jointly with counsel for Plaintiffs, write to request an adjournment of the March 2, 2023 Case Management Conference pursuant to the Court's September 28, 2022 Order.[1]

    The Court has previously granted the parties request to adjourn the Case Management Conference, having done so via Order dated January 30, 2023.[2] Further, the Court has previously granted each of the parties four ("4") previous joint requests for short adjournments in this matter in order to permit the completion of discovery.[3]

---

[1] Order, ECF Doc. No. 29, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. September 28, 2022).
[2] Letter Motion to Adjourn Conference, ECF Doc. No. 41, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. January 30, 2023) and Order on Motion to Adjourn Conference, ECF Doc. No. 42, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. January 30, 2023).
[3] *Id.* See Also: Motion for Extension of Time to Complete Discovery, ECF Doc. No. 38, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. December 29, 2022) and Order on Motion for Extension of Time to Complete Discovery, ECF Doc. No. 39, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. January 3, 2023); Letter, ECF Doc. No. 33, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. November 17, 2022) and Memo Endorsement, ECF Doc. No. 34, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. November 17, 2022); Letter, ECF Doc. No. 35, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. November 28, 2022) and Memo Endorsement, ECF Doc. No. 39, 22-cv-00153 (PAE) (KHP) (E.D.N.Y. November 28, 2022).

With respect to the current status of discovery, the depositions of all Plaintiffs have been completed as well as the depositions of Olivia Lucero on behalf of Lucero Produce II Corp. and of Saul Lucero, individually. Currently, all that remains with regard to fact discovery are Defendants' responses to post-deposition demands served by Plaintiffs' counsel as a result of said testimony.

The parties wish to advise the Court that they intend to engage in settlement discussions at this juncture. Specifically, Defendants are now computing revised settlement offers based on the testimony provided and will be forwarding these amended offers to Plaintiffs forthwith. If the parties are unable to reach a settlement, we will jointly request a settlement conference with the Court in hopes of finding a resolution.

Accordingly, it is respectfully requested that the Case Management Conference, scheduled for March 2, 2023, be adjourned, in order to allow the parties to reengage in continued discussions with the goal of reaching a settlement. The parties do not require this Honorable Court's assistance or intervention at this time and will advise the Court prior to the next appearance if a settlement was reached.

We thank the Court for its attention to this matter, and we are available at Your Honor's convenience if there are any questions.

**APPLICATION GRANTED**

_Katharine H. Parker_ 2/28/2023
Hon. Katharine H. Parker, U.S.M.J.

**JODRE BRENECKI, LLP**

By: _____
Nicole Brenecki, Esq.
*Attorneys for Defendants*
**Lucero Produce II Corp. and Saul Lucero**
101 North 10th Street – Suite 303
Brooklyn, New York 11249
T: (347) 563-2605
nicole@jodrebrenecki.com

CC:   (via Electronic Filing)

      **New York Legal Assistance Group**
      *Attorneys for Plaintiffs*