UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO
MARTINEZ, DOMINGO MORALES CABRERA,
and FERMIN FABIAN TREVIÑ,

                        Plaintiffs,                22-CV-153 (PAE) (KHP)

      -against-                                        **ORDER**

LUCERO PRODUCE II CORP. and
SAUL LUCERO,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On February 28, 2023, the Court adjourned the March 2, 2023 case management conference in light of the parties' representation that the parties were engaged in settlement discussions. By **May 24, 2023**, the parties shall write a status letter to the Court including updates on settlement discussions and the status of the case.

      **SO ORDERED.**

DATED:     New York, New York
               May 17, 2023

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge