# GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney & Dunn, PLLC<br>
Attorneys at Law<br>
260 Fair Street<br>
Kingston, N.Y. 12401<br>
845-255-9370<br>
fax 845-255-8649

September 18, 2023

Hon. Arun Subramanian, U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238
SubramanianNYSDChambers@nysd.uscourts.gov

  Re: *Bonilla et al. v. Lucero Produce II Corp. & Saul Lucero*
     Docket No. 22-CV-153 (AS) (KHP)

Dear Judge Subramanian:

  We represent Plaintiffs in the above referenced matter. I write jointly with Defendants pursuant to the Court's August 7, 2023 order requesting a Status Report (Dkt. 48), and the Court's August 18, 2023 order granting the Parties' request for an extension until September 18, 2023 to submit the same. (Dkt. 52).

  The Parties entered into a settlement in principle and executed a binding term sheet at the settlement conference before Magistrate Judge Katharine H. Parker on September 11, 2023. On September 13, 2023, Your Honor So Ordered the Parties' proposed Order consenting to Judge Parker's jurisdiction. (Dkt. 57.) Accordingly, unless directed otherwise by the Court, the Parties will not provide a full status report to at this time and will work diligently in the coming weeks to finalize the Parties' settlement agreement and submit the agreement for *Cheeks* approval.

            Respectfully submitted,

            */s/ Anamaria Segura*
            Anamaria Segura

cc: All counsel of record