# EXHIBIT 2

**Plaintiffs' Maximum Recovery - Unpaid Wages Under FLSA & NYLL**

**Fabian Treviño**

| Start Period | End Period | Total hours worked per week | Week worked in period | Straight time hours worked per week | OT hours worked per week | Pay type | Pay rate | Regular Rate | Statutory Minimum | Overtime Rate | Amount that should have been paid Minimum | Amount that should have been paid Overtime | Total amount that should have been paid | If wages owed, amount owed per week | If wages owed, total for the year | Credit for overpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2016 | 12/31/2016 | 79 | 52 | 40 | 39 | Weekly | $ 850.00 | $ 10.76 | $ 9.00 | $ 13.50 | $ 360.00 | $ 526.50 | $ 886.50 | $ 36.50 | $ 1,898.00 | $ - |
| 1/1/2017 | 6/30/2017 | 84 | 26 | 40 | 44 | Weekly | $ 850.00 | $ 10.12 | $ 11.00 | $ 16.50 | $ 440.00 | $ 726.00 | $ 1,166.00 | $ 316.00 | $ 8,216.00 | $ - |
| 7/1/2017 | 12/31/2017 | 84 | 26 | 40 | 44 | Weekly | $ 1,100.00 | $ 13.10 | $ 11.00 | $ 16.50 | $ 440.00 | $ 726.00 | $ 1,166.00 | $ 66.00 | $ 1,716.00 | $ - |
| 1/1/2018 | 12/31/2018 | 85 | 52 | 40 | 45 | Weekly | $ 1,100.00 | $ 12.94 | $ 13.00 | $ 19.50 | $ 520.00 | $ 877.50 | $ 1,397.50 | $ 297.50 | $ 15,470.00 | $ - |
| 1/1/2019 | 12/31/2019 | 84 | 52 | 40 | 44 | Weekly | $ 1,100.00 | $ 13.10 | $ 15.00 | $ 22.50 | $ 600.00 | $ 990.00 | $ 1,590.00 | $ 490.00 | $ 25,480.00 | $ - |
| 1/1/2020 | 12/31/2020 | 84 | 50 | 40 | 44 | Weekly | $ 1,100.00 | $ 13.10 | $ 15.00 | $ 22.50 | $ 600.00 | $ 990.00 | $ 1,590.00 | $ 490.00 | $ 24,500.00 | $ - |
| 1/1/2021 | 4/14/2021 | 49 | 14 | 40 | 9 | Weekly | $ 850.00 | $ 17.35 | $ 15.00 | $ 22.50 | $ 600.00 | $ 202.50 | $ 802.50 | $ - | $ - | $ 665.00 |
| | | | | | | | | | | | | | | | **$ 77,280.00** | |

**Domingo Morales**

| Start Period | End Period | Total hours worked per week | Week worked in period | Straight time hours worked per week | OT hours worked per week | Pay type | Pay rate | Regular Rate | Statutory Minimum | Overtime Rate | Amount that should have been paid Minimum | Amount that should have been paid Overtime | Total amount that should have been paid | If wages owed, amount owed per week | If wages owed, total for the year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2016 | 12/31/2016 | 60 | 52 | 40 | 20 | Weekly | $ 480.00 | $ 8.00 | $ 9.00 | $ 13.50 | $ 360.00 | $ 270.00 | $ 630.00 | $ 150.00 | $ 7,821.43 |
| 1/1/2017 | 12/31/2017 | 60 | 52 | 40 | 20 | Weekly | $ 450.00 | $ 7.50 | $ 11.00 | $ 16.50 | $ 440.00 | $ 330.00 | $ 770.00 | $ 320.00 | $ 16,640.00 |
| 1/1/2018 | 12/31/2018 | 45 | 52 | 40 | 5 | Weekly | $ 500.00 | $ 11.11 | $ 13.00 | $ 19.50 | $ 520.00 | $ 97.50 | $ 617.50 | $ 117.50 | $ 6,110.00 |
| 1/1/2019 | 12/31/2019 | 45 | 52 | 40 | 5 | Weekly | $ 600.00 | $ 13.33 | $ 15.00 | $ 22.50 | $ 600.00 | $ 112.50 | $ 712.50 | $ 112.50 | $ 5,850.00 |
| 1/1/2020 | 3/15/2020 | 45 | 11 | 40 | 5 | Weekly | $ 600.00 | $ 13.33 | $ 15.00 | $ 22.50 | $ 600.00 | $ 112.50 | $ 712.50 | $ 112.50 | $ 1,189.29 |
| 3/16/2020 | 12/31/2020 | 36 | 41 | 36 | 0 | Weekly | $ 480.00 | $ 13.33 | $ 15.00 | $ 22.50 | $ 540.00 | $ - | $ 540.00 | $ 60.00 | $ 2,485.71 |
| 1/1/2021 | 5/14/2021 | 18 | 19 | 18 | 0 | Weekly | $ 200.00 | $ 11.11 | $ 15.00 | $ 22.50 | $ 270.00 | $ - | $ 270.00 | $ 70.00 | $ 1,330.00 |
| | | | | | | | | | | | | | | | **$ 41,426.43** |

**Alicia Bonilla**

| Start Period | End Period | Total hours worked per week | Week worked in period | Straight time hours worked per week | OT hours worked per week | Pay type | Pay rate | Weekly Earnings | Regular Rate | Statutory Minimum | Overtime Rate | Amount that should have been paid Minimum | Amount that should have been paid Overtime | Total amount that should have been paid | If wages owed, amount owed per week | If wages owed, total for the year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2017 | 12/31/2017 | 50.5 | 35 | 40 | 10.5 | Hourly | $ 9.00 | $ 454.50 | $ 9.00 | $ 11.00 | $ 16.50 | $ 440.00 | $ 173.25 | $ 613.25 | $ 158.75 | $ 5,533.57 |
| 1/1/2018 | 12/31/2018 | 45.5 | 52 | 40 | 5.5 | Hourly | $ 9.00 | $ 409.50 | $ 9.00 | $ 13.00 | $ 19.50 | $ 520.00 | $ 107.25 | $ 627.25 | $ 217.75 | $ 11,323.00 |
| 1/1/2019 | 10/31/2019 | 46 | 43 | 40 | 6 | Hourly | $ 9.00 | $ 414.00 | $ 9.00 | $ 15.00 | $ 22.50 | $ 600.00 | $ 135.00 | $ 735.00 | $ 321.00 | $ 13,894.71 |
| 11/1/2019 | 12/31/2019 | 46 | 9 | 40 | 6 | Hourly | $ 13.00 | $ 598.00 | $ 9.00 | $ 15.00 | $ 22.50 | $ 600.00 | $ 135.00 | $ 735.00 | $ 137.00 | $ 1,174.29 |
| 1/1/2020 | 7/31/2020 | 45 | 30 | 40 | 5 | Hourly | $ 13.00 | $ 585.00 | $ 9.00 | $ 15.00 | $ 22.50 | $ 600.00 | $ 112.50 | $ 712.50 | $ 127.50 | $ 3,861.43 |
| 8/1/2020 | 12/31/2020 | 45 | 22 | 40 | 5 | Hourly | $ 15.00 | $ 675.00 | $ 9.00 | $ 15.00 | $ 22.50 | $ 600.00 | $ 112.50 | $ 712.50 | $ 37.50 | $ 814.29 |
| 1/1/2021 | 10/1/2021 | 40 | 39 | 40 | 0 | Hourly | $ 15.00 | $ 600.00 | $ 9.00 | $ 15.00 | $ 22.50 | $ 600.00 | $ - | $ 600.00 | $ - | $ - |
| | | | | | | | | | | | | | | | | **$ 36,601.29** |

**Hector Martinez**

| Start Period | End Period | Total hours worked per week | Week worked in period | Straight time hours worked per week | OT hours worked per week | Pay type | Pay rate | Regular Rate | Statutory Minimum | Overtime Rate | Amount that should have been paid Minimum | Amount that should have been paid Overtime | Total amount that should have been paid | If wages owed, amount owed per week | If wages owed, total for the year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2018 | 12/31/2018 | 52 | 52 | 40 | 12 | Weekly | $ 450.00 | $ 8.65 | $ 13.00 | $ 19.50 | $ 520.00 | $ 234.00 | $ 754.00 | $ 304.00 | $ 15,808.00 |
| 1/1/2019 | 5/25/2019 | 52 | 21 | 40 | 12 | Weekly | $ 500.00 | $ 9.62 | $ 15.00 | $ 22.50 | $ 600.00 | $ 270.00 | $ 870.00 | $ 370.00 | $ 7,611.43 |
| 5/26/2019 | 12/31/2019 | 57 | 31 | 40 | 17 | Weekly | $ 600.00 | $ 10.53 | $ 15.00 | $ 22.50 | $ 600.00 | $ 382.50 | $ 982.50 | $ 382.50 | $ 11,966.79 |
| 1/1/2020 | 3/1/2020 | 40 | 9 | 40 | 0 | Weekly | | $ - | $ 15.00 | $ 22.50 | $ 600.00 | $ - | $ 600.00 | $ 600.00 | $ 5,142.86 |
| | | | | | | | | | | | | | | | **$ 40,529.07** |