# EXHIBIT 3

| Date of Service | Time Spent | Caseworker | Activity Code | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Bonilla et al. v. Lucero Produce II Corp. et al. 22 Civ. 153 (AS)(KHP) - NYLAG Fee Detail to 4/25/2023** | | | | |
| 04/13/2023 | 1 | ANAMARIA SEGURA | Meeting | | | | |
| 09/30/2022 | 0.3 | ANAMARIA SEGURA | Telephone Call | | | | |
| 09/29/2022 | 0.6 | ANAMARIA SEGURA | Telephone Call | | | | |
| 09/28/2022 | 0.4 | ANAMARIA SEGURA | Court Appearance - Attend | | | | |
| 07/14/2022 | 0.3 | ANAMARIA SEGURA | Court Appearance - Attend | **Fee Rate** | | | |
| 06/14/2022 | 2.9 | ANAMARIA SEGURA | Settlement Conference | | A. Segura | $ 450.00 | |
| 06/10/2022 | 1.5 | ANAMARIA SEGURA | Meeting | | E. Devins | $ 450.00 | |
| 06/02/2022 | 1.5 | ANAMARIA SEGURA | Discovery - Draft Requests | | G. Nettle | $ 350.00 | |
| 04/29/2022 | 1.2 | ANAMARIA SEGURA | Discovery - Draft Requests | | M. Adelman Cabral | $ 150.00 | |
| 04/12/2022 | 0.4 | ANAMARIA SEGURA | Court Appearance - Attend | | E. Schultz | $ 200.00 | |
| 03/29/2022 | 1.3 | ANAMARIA SEGURA | Draft | | | | |
| 03/15/2022 | 0.4 | ANAMARIA SEGURA | Meeting | **Hours** | A. Segura | 28.38 | |
| 01/03/2022 | 1.7 | ANAMARIA SEGURA | Edit & Revise | | E. Devins | 13.8 | |
| 11/02/2021 | 4.1 | ANAMARIA SEGURA | Meeting | | G. Nettle | 46 | |
| 11/01/2021 | 1.1 | ANAMARIA SEGURA | Telephone Call | | M. Adelman Cabral | 23.1 | |
| 10/16/2021 | 2.6 | ANAMARIA SEGURA | Draft - Complaint (Original) | | E. Schultz | 19 | |
| 08/30/2021 | 1.5 | ANAMARIA SEGURA | Telephone Call | | | | |
| 08/24/2021 | 0.3 | ANAMARIA SEGURA | Telephone Call | | | | |
| 08/19/2021 | 0.8 | ANAMARIA SEGURA | Telephone Call | | | | |
| 08/18/2021 | 0.5 | ANAMARIA SEGURA | Telephone Call | **Fees** | A. Segura | $ 6,210.00 | |
| 08/16/2021 | 0.3 | ANAMARIA SEGURA | Telephone Call | | E. Devins | $ 20,700.00 | |
| 08/12/2021 | 0.7 | ANAMARIA SEGURA | Telephone Call | | G. Nettle | $ 8,085.00 | |
| 08/11/2021 | 0.5 | ANAMARIA SEGURA | Edit & Revise | | M. Adelman Cabral | $ 3,465.00 | |
| 08/11/2021 | 0.2 | ANAMARIA SEGURA | Telephone Call | | E. Schultz | $ 3,800.00 | |
| 08/10/2021 | 0.18 | ANAMARIA SEGURA | Telephone Call | | | | |
| 07/22/2021 | 0.2 | ANAMARIA SEGURA | Telephone Call | | **Total** | **$ 42,260.00** | |
| 07/20/2021 | 0.3 | ANAMARIA SEGURA | Telephone Call | | | | |
| 07/20/2021 | 0.5 | ANAMARIA SEGURA | Telephone Call | | | | |
| 07/15/2021 | 1.1 | ANAMARIA SEGURA | Client Communication | | | | |

| Date | Hours | Name | Activity |
|---|---|---|---|
| 02/10/2023 | 2.4 | ELISSA DEVINS | Deposition |
| 01/04/2023 | 5.2 | ELISSA DEVINS | Deposition |
| 01/04/2023 | 1 | ELISSA DEVINS | Discovery - Prepare for Deposition |
| 01/04/2023 | 5.2 | ELISSA DEVINS | Deposition |
| 06/14/2022 | 2.9 | Eliza Schultz | Settlement Conference |
| 06/13/2022 | 3 | Eliza Schultz | Preparation (Prep) |
| 06/10/2022 | 4 | Eliza Schultz | Preparation (Prep) |
| 04/12/2022 | 0.4 | Eliza Schultz | Court Appearance - Attend |
| 03/29/2022 | 3.6 | Eliza Schultz | Draft |
| 03/28/2022 | 4.7 | Eliza Schultz | Draft |
| 03/17/2022 | 0.4 | Eliza Schultz | Meeting |
| 03/08/2022 | 2 | Eliza Schultz | Other |
| 03/08/2022 | 6 | Eliza Schultz | Draft - Complaint (Original) |
| 04/20/2023 | 0.5 | Geno Nettle | Client Communication |
| 04/13/2023 | 1 | Geno Nettle | Meeting |
| 03/23/2023 | 0.8 | Geno Nettle | Review - Document |
| 03/22/2023 | 3.2 | Geno Nettle | Review - Document |
| 02/17/2023 | 2 | Geno Nettle | Review - Document |
| 02/10/2023 | 2.4 | Geno Nettle | Deposition |
| 02/09/2023 | 1.8 | Geno Nettle | Discovery - Prepare for Deposition |
| 01/04/2023 | 1.5 | Geno Nettle | Discovery - Prepare for Deposition |
| 01/04/2023 | 5.2 | Geno Nettle | Deposition |
| 01/03/2023 | 1.1 | Geno Nettle | Discovery - Prepare for Deposition |
| 12/09/2022 | 0.6 | Geno Nettle | Client Communication |
| 12/06/2022 | 3 | Geno Nettle | Deposition |
| 12/06/2022 | 4 | Geno Nettle | Deposition |
| 12/05/2022 | 3 | Geno Nettle | Deposition |
| 12/05/2022 | 4 | Geno Nettle | Deposition |
| 12/01/2022 | 0.2 | Geno Nettle | Client Communication |
| 12/01/2022 | 0.4 | Geno Nettle | Client Communication |
| 12/01/2022 | 2.3 | Geno Nettle | Discovery - Prepare for Deposition |
| 11/29/2022 | 0.1 | Geno Nettle | Meeting |
| 11/29/2022 | 0.1 | Geno Nettle | Meeting |

| Date | Hours | Person | Task |
|---|---|---|---|
| 11/28/2022 | 0.2 | Geno Nettle | Draft - Document / Correspondence/ Email / Memo / Letter |
| 11/03/2022 | 0.8 | Geno Nettle | Email |
| 11/02/2022 | 2.1 | Geno Nettle | Meeting |
| 11/01/2022 | 1.2 | Geno Nettle | Preparation (Prep) |
| 10/18/2022 | 2.3 | Geno Nettle | Edit & Revise |
| 10/17/2022 | 2.1 | Geno Nettle | Edit & Revise |
| 10/14/2022 | 0.1 | Geno Nettle | Client Communication |
| 04/14/2023 | 1 | Maya A Cabral | Meeting |
| 02/10/2023 | 2.4 | Maya A Cabral | Deposition |
| 02/08/2023 | 0.5 | Maya A Cabral | Discovery - Prepare for Deposition |
| 01/04/2023 | 5.2 | Maya A Cabral | Deposition |
| 12/06/2022 | 3 | Maya A Cabral | Deposition |
| 12/06/2022 | 4 | Maya A Cabral | Deposition |
| 12/05/2022 | 3 | Maya A Cabral | Deposition |
| 12/05/2022 | 4 | Maya A Cabral | Deposition |

| Staff | MatterRef | Bill Date | Total Dur | | | | |
|---|---|---|---|---|---|---|---|
| Getman Sweeney & Dunn PLLC Fee Detail - Bonilla et al. v. Lucero Produce II Corp. et al. 22 Civ. 153 (AS)(KHP) | | | | | | | |
| A. Garcia | Lucero Produce ( | 8/24/2023 | 0.3 | | | | |
| A. Garcia | Lucero Produce ( | 8/31/2023 | 0.1 | | | | |
| A. Garcia | Lucero Produce ( | 8/31/2023 | 0.2 | | | | |
| A. Garcia | Lucero Produce ( | 8/31/2023 | 0.1 | | | | |
| A. Garcia | Lucero Produce ( | 8/31/2023 | 0.1 | | | | |
| A. Garcia | Lucero Produce ( | 8/31/2023 | 0.1 | | | | |
| | | | 0.9 | | | | |
| | | | | | | | |
| M. Dunn | Lucero Produce ( | 10/2/2023 | 0.2 | | | | |
| M. Dunn | Lucero Produce ( | 9/12/2023 | 0.1 | | | | |
| | | | 0.3 | | | | |
| | | | | | | | |
| C. Mow | Lucero Produce ( | 9/11/2023 | 0.2 | | | | |
| | | | | | | | |
| A. Segura | Lucero Produce ( | 9/11/2023 | 1.2 | | | | |
| A. Segura | Lucero Produce ( | 9/11/2023 | 4.5 | | | | |
| A. Segura | Lucero Produce ( | 9/8/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 9/8/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 9/6/2023 | 0.5 | | | | |
| A. Segura | Lucero Produce ( | 9/6/2023 | 1.2 | | | | |
| A. Segura | Lucero Produce ( | 9/6/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 9/6/2023 | 2.5 | | | | |
| A. Segura | Lucero Produce ( | 9/6/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 9/6/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 9/5/2023 | 2.3 | | | | |
| A. Segura | Lucero Produce ( | 9/1/2023 | 2 | | | | |
| A. Segura | Lucero Produce ( | 9/1/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 8/31/2023 | 1.2 | | | | |
| A. Segura | Lucero Produce ( | 8/30/2023 | 0.9 | | | | |
| A. Segura | Lucero Produce ( | 8/30/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 8/24/2023 | 0.1 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Segura | Lucero Produce ( | 8/22/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 8/18/2023 | 1 | | | | |
| A. Segura | Lucero Produce ( | 8/17/2023 | 0.3 | | | | |
| A. Segura | Lucero Produce ( | 8/15/2023 | 0.3 | | | | |
| A. Segura | Lucero Produce ( | 8/15/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 9/15/2023 | 0.4 | | | | |
| A. Segura | Lucero Produce ( | 9/14/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 9/14/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 9/12/2023 | 1.2 | | | | |
| A. Segura | Lucero Produce ( | 9/12/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 9/12/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/10/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/2/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/2/2023 | 0.2 | | | | |
| A. Segura | Lucero Produce ( | 10/2/2023 | 2.2 | | | | |
| A. Segura | Lucero Produce ( | 10/2/2023 | 0.5 | | | | |
| A. Segura | Lucero Produce ( | 9/18/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 11/13/2023 | 1.8 | | | | |
| A. Segura | Lucero Produce ( | 11/10/2023 | 1.1 | | | | |
| A. Segura | Lucero Produce ( | 11/9/2023 | 1.4 | | | | |
| A. Segura | Lucero Produce ( | 11/8/2023 | 1.5 | | | | |
| A. Segura | Lucero Produce ( | 11/8/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 11/8/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 11/8/2023 | 0.4 | | | | |
| A. Segura | Lucero Produce ( | 11/8/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/30/2023 | 0.7 | | | | |
| A. Segura | Lucero Produce ( | 10/30/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/25/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/25/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/23/2023 | 0.3 | | | | |
| A. Segura | Lucero Produce ( | 10/19/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/19/2023 | 0.7 | | | | |
| A. Segura | Lucero Produce ( | 10/19/2023 | 0.1 | | | | |
| A. Segura | Lucero Produce ( | 10/12/2023 | 0.3 | | | | |

|            |                  |           | 33.8 |
|------------|------------------|-----------|------|
|            |                  |           |      |
| A. Garcia  | Lucero Produce ( | 9/18/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/18/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/13/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 8/31/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/12/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/12/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/12/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/11/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/11/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/11/2023 | 0.1  |
| A. Garcia  | Lucero Produce ( | 9/11/2023 | 0.1  |
|            |                  |           | 1.1  |

**Getman, Sweeney, & Dunn**

| Name                 | Hours | Hourly Rate | Total        |
|----------------------|-------|-------------|--------------|
| Matt Dunn  =P        | 0.3   | $ 965.00    | $ 289.50     |
| Anamaria Segura = LA | 33.8  | $ 770.00    | $ 26,026.00  |
| Anibal R. Garcia = PL| 1.1   | $ 280.00    | $ 308.00     |
| Carolyn Mow =PL      | 0.2   | $ 280.00    | $ 56.00      |
| Clerical             | 0.9   | $ 155.00    | $ 139.50     |
| **Subtotal**         | **36.3** |          | **$ 26,819.00** |

**P=Partner, LA=Lead Attorney, DA=Data Analyst, PL=Paralegal, CL=Clerical**