UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICIA BONILLA, HECTOR LEONARDO
MARTINEZ, DOMINGO MORALES CABRERA,
and FERMIN FABIAN TREVIÑ,

                    Plaintiffs,                    22-CV-153 (KHP)

       -against-                                  **ORDER**

LUCERO PRODUCE II CORP. and
SAUL LUCERO,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties appeared before the undersigned at a case management conference held on April 24, 2024. As discussed at the conference, it is ordered that Defendant shall submit a letter to the court with each payment made to the Plaintiffs and Plaintiffs' counsel pursuant to the settlement agreement which confirms that the Defendant has made the required payment. Defendant is ordered to make any catch-up payments required under the agreement by **Thursday, May 23, 2024**. Defendant shall also file a letter with the court when the catch-up payments are made to the Plaintiffs and Plaintiffs' counsel.

       SO ORDERED.

DATED:      New York, New York
                April 25, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge