# GETMAN, SWEENEY & DUNN, PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

<u>VIA ECF</u>

August 12, 2025

Honorable Katharine H. Parker
U.S. District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*   8/13/2025

Hon. Katharine H. Parker, U.S.M.J.

   Re: *Bonilla et al. v. Lucero Produce II Corp. & Saul Lucero*, 22-CV-153 (AS) (KHP)

Dear Judge Parker:

  We represent Plaintiffs in the above referenced matter. We write jointly with Defendants pursuant to Section 1(c) of Your Honor's Individual Practices to request an adjournment *sine die* of the August 14, 2025 case management conference in this matter. *See* Dkts. 85, 83. The Parties request an adjournment *sine die* rather than a date certain because Defendants have agreed to promptly cure the only remaining outstanding deficiency – a payment of $90 owed to Plaintiff Hector Leonardo Martinez – no later than the end of this week. With that exception, Defendants have made all outstanding payments and have cured the deficiencies itemized in the June 16, 2025 and July 14, 2025 letters. *See* Dkts. 82, 84.

  This is the Parties' second request for an extension of this conference. Thank you for Your Honor's consideration of this request.

            Respectfully submitted,

            <u>*/s/ Anamaria Segura*</u>
            Anamaria Segura

cc: All counsel of record